# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| DERRICK BUNKLEY, | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 16-11593 |
| | ) | |
| v. | ) | |
| Detroit, City of , et al., | ) | Hon. Bernard A. Friedman |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: Detroit, City of

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jon Loevy
Loevy & Loevy
311 N. Aberdeen St.
3rd FL
Chicago, IL 60607
312-243-5900

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/S.Osorio
*Signature of Clerk or Deputy Clerk*

Date of Issuance: May 4, 2016



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  16-11593
Hon.  Bernard A. Friedman

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   Detroit, City of

Date of Service:

## Method of Service

___ Personally served at this address:

___ Left copies at the usual place of abode with (name of person):

___ Other (specify):

___ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| DERRICK BUNKLEY, | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 16-11593 |
| v. | ) | |
| Detroit, City of , et al., | ) | Hon. Bernard A. Friedman |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: SERGEANT MARCELLUS

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Jon Loevy
    Loevy & Loevy
    311 N. Aberdeen St.
    3rd FL
    Chicago, IL 60607
    312-243-5900

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/S.Osorio
*Signature of Clerk or Deputy Clerk*

Date of Issuance: May 4, 2016



# Summons and Complaint Return of Service

Case No. 16-11593
Hon. Bernard A. Friedman

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: SERGEANT MARCELLUS

Date of Service: _____

## Method of Service

____ Personally served at this address:
_____
_____
_____

____ Left copies at the usual place of abode with (name of person):
_____
_____
_____

____ Other (specify):
_____
_____
_____

____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:** Travel $_____  Service $_____  Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____
Signature of Server: _____
Date: _____
Server's Address: _____
_____
_____

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| DERRICK BUNKLEY, | ) | |
| | ) | |
| *Plaintiff,* | ) ) ) | Civil Action No. 16-11593 |
| v. | ) ) | |
| Detroit, City of , et al., | ) ) ) | Hon. Bernard A. Friedman |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: LATONYA MOSES

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jon Loevy
Loevy & Loevy
311 N. Aberdeen St.
3rd FL
Chicago, IL 60607
312-243-5900

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/S.Osorio
*Signature of Clerk or Deputy Clerk*

Date of Issuance: May 4, 2016



# Summons and Complaint Return of Service

Case No. 16-11593
Hon. Bernard A. Friedman

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: LATONYA MOSES

Date of Service: _____

## Method of Service

___ Personally served at this address:
_____
_____
_____

___ Left copies at the usual place of abode with (name of person):
_____
_____
_____

___ Other (specify):
_____
_____
_____

___ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| DERRICK BUNKLEY, | ) | |
| *Plaintiff,* | ) | Civil Action No. 16-11593 |
| v. | ) | |
| Detroit, City of, et al., | ) | Hon. Bernard A. Friedman |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: GLENDA FISHER

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jon Loevy
Loevy & Loevy
311 N. Aberdeen St.
3rd FL
Chicago, IL 60607
312-243-5900

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/S.Osorio
*Signature of Clerk or Deputy Clerk*

Date of Issuance: May 4, 2016



# Summons and Complaint Return of Service

Case No. 16-11593
Hon. Bernard A. Friedman

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: GLENDA FISHER

Date of Service:

## Method of Service

___ Personally served at this address:

___ Left copies at the usual place of abode with (name of person):

___ Other (specify):

___ Returned unexecuted (reason):

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

DERRICK BUNKLEY, )
)
)
                *Plaintiff,* )    Civil Action No. 16-11593
)
        v. )
)
Detroit, City of , et al., )    Hon. Bernard A. Friedman
)
)
                *Defendant.* )

**SUMMONS IN A CIVIL ACTION**

To:    CHRISTOPHER MOREAU

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Jon Loevy
    Loevy & Loevy
    311 N. Aberdeen St.
    3rd FL
    Chicago, IL 60607
    312-243-5900

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*        By:  s/S.Osorio
                                                    *Signature of Clerk or Deputy Clerk*

                                                    Date of Issuance:  May 4, 2016



# Summons and Complaint Return of Service

Case No. 16-11593
Hon. Bernard A. Friedman

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   CHRISTOPHER MOREAU

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at the usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| DERRICK BUNKLEY, | ) | |
| Plaintiff, | ) | Civil Action No. 16-11593 |
| v. | ) | |
| Detroit, City of , et al., | ) | Hon. Bernard A. Friedman |
| Defendant. | ) | |

**SUMMONS IN A CIVIL ACTION**

To:   TROY WESLEY

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Jon Loevy
> Loevy & Loevy
> 311 N. Aberdeen St.
> 3rd FL
> Chicago, IL 60607
> 312-243-5900

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/S.Osorio
*Signature of Clerk or Deputy Clerk*

Date of Issuance: May 4, 2016



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 16-11593
Hon. Bernard A. Friedman

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   TROY WESLEY

Date of Service: _____

## Method of Service

___   Personally served at this address:
_____
_____
_____

___   Left copies at the usual place of abode with (name of person):
_____
_____
_____

___   Other (specify):
_____
_____
_____

___   Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**    Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| DERRICK BUNKLEY, | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 16-11593 |
| | ) | |
| v. | ) | |
| | ) | |
| Detroit, City of , et al., | ) | Hon. Bernard A. Friedman |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: JAY TANGWAY

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Jon Loevy
> Loevy & Loevy
> 311 N. Aberdeen St.
> 3rd FL
> Chicago, IL 60607
> 312-243-5900

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/S.Osorio
*Signature of Clerk or Deputy Clerk*

Date of Issuance: May 4, 2016



# Summons and Complaint Return of Service

Case No. 16-11593
Hon. Bernard A. Friedman

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   JAY TANGWAY

Date of Service: _____

## Method of Service

___  Personally served at this address:
_____
_____
_____

___  Left copies at the usual place of abode with (name of person):
_____
_____
_____

___  Other (specify):
_____
_____
_____

___  Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____
Signature of Server: _____
Date: _____
Server's Address: _____
_____
_____