UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DERRICK BUNKLEY,

        Plaintiff(s),

v.                Case No. 2:16–cv–11593–BAF–APP
                Hon. Bernard A. Friedman

Detroit, City of, et al.,

        Defendant(s),

### NOTICE OF TELEPHONIC MOTION HEARING

 PLEASE TAKE NOTICE that a telephonic motion hearing has been scheduled before District Judge Bernard A. Friedman for the following motion(s):

  Motion – #98

- MOTION HEARING:  November 6, 2018 at 02:30 PM

 The call shall be initiated by Plaintiff.

 If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

### Certificate of Service

 I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                By: s/J. Curry–Williams
                   Case Manager

Dated:  October 28, 2018